F. Mark Hansen, #5078  
F. Mark Hansen, P.C.  
431 North 1300 West  
Salt Lake City, UT 84116  
(801) 517-3530  
Attorney for Standard Industries, Inc., World Enterprises, ABM, Inc.,  
Security Funding Co., C.O.P. Coal Development Co., and IAUWU

FILED IN THE  
UNITED STATES  
BANKRUPTCY COURT  
2009 JAN -5 AM 11: 48  
DISTRICT OF UTAH

## UNITED STATES BANKRUPTCY COURT
## STATE OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy No. 08-20105 |
|---|---|
| C. W. MINING COMPANY, | Chapter 11 |
| Debtor. | Judge Judith A. Boulden |

### C.O.P. COAL DEVELOPMENT CO.'S MOTION TO CLARIFY ORDER DENYING IN PART MOTION OF AQUILA, INC. FOR ORDER PRESERVING AND PROTECTING ASSETS OF BANKRUPTCY ESTATE

C.O.P. Coal Development Company (COP) moves the Court to clarify its August 7, 2008 Memorandum Decision Denying in Part Aquila, Inc.'s Motion for Order Preserving and Protecting Assets. Aquila continues to litigate this case as though certain property within the scope of the Memorandum Decision is outside the scope of the Memorandum Decision. COP asks the Court to clarify that the Order applies to all property CWM disposed of prior to entry of the Memorandum decision, including in particular CWM's disposal on or about June 24, 2008 of any lease it had with COP, and CWM's sale of property to Hiawatha including CWM's operating equipment and permit. This motion is supported by the accompanying Memorandum.

DATED December 31, 2008.

/s/ Mark Hansen  
Attorney for C.O.P. Coal Development Co.



# CERTIFICATE OF SERVICE

I certify that on December 31, 2008 I served the above by first class mail to:

Russell S. Walker
Woodbury & Kesler
265 East 100 South, Suite 300
Salt Lake City, UT 84111
Attorney for C. W. Mining Co.

Kenneth A. Rushton
Chapter 7 Bankruptcy Trustee
P.O. Box 212
Lehi, UT 84043

United States Bankruptcy Trustee
405 South Main Street, #300
Salt Lake City, UT 84111

Keith Kelly, Steven Call, Steven Strong
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84145-0385
Attorney for Aquila, Inc.

1101 bkr m011 motion clarify order re motion preserve assets