F. Mark Hansen, #5078
F. Mark Hansen, P.C.
431 North 1300 West
Salt Lake City, UT 84116
(801) 517-3530
Attorney for Standard Industries, Inc., World Enterprises, Security Funding Company, ABM, Inc., C.O.P. Coal Development Company, and IAUWU

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2009 JAN -7 AM 11: 03

DISTRICT OF UTAH

## UNITED STATES BANKRUPTCY COURT
## STATE OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy No. 08-20105 |
|---|---|
| C. W. MINING COMPANY, | Chapter 7 |
| Debtor. | Judge Judith A. Boulden |

### NOTICE OF CONTINUANCE OF HEARING
### MOTION TO DISMISS PETITION PURSUANT TO 11 U.S.C. §§305 and 1112

Standard Industries, Inc. (Standard) has filed a Motion to Dismiss the Bankruptcy Petition pursuant to 11 U.S.C. §§305 and 1112. An evidentiary hearing was set for Monday, January 12, 2009 at 2:00 p.m. Fed. Bankr. R. Proc. 2002(a) requires 20 days notice of hearing on a motion to dismiss or convert be given to all creditors. Standard has recently learned that at least one creditor had not been served with the required 20 day notice. Therefore, Standard hereby gives notice that the hearing on its Motion to Dismiss is continued without date, and will be reset once Standard has a confirmed list of all creditors to be served.

DATED January 5, 2009.

*/s/ Mark Hansen*
Attorney for Standard Industries, Inc.

- 1 -

## CERTIFICATE OF SERVICE

I certify that on January 5, 2009, I served the above by first class mail to:

Russell S. Walker
Woodbury & Kesler
265 East 100 South, Suite 300
Salt Lake City, UT 84111
Attorney for debtor C. W. Mining Co.

Kenneth A. Rushton
Chapter 7 Bankruptcy Trustee
P.O. Box 212
Lehi, UT 84043

United States Bankruptcy Trustee
405 South Main Street, #300
Salt Lake City, UT 84111

Keith A. Kelly, Mary Margaret Hunt,
Steven W. Call, Steven C. Strong
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84145-0385
Attorneys for Aquila, Inc.

Bank of Utah
Douglas L. DeFries, registered agent
2605 Washington Blvd.
Ogden, UT 84401

Charles Reynolds
P.O. Box 1406
Huntington, UT 84528

Carl E. Kingston
3212 South State Street
Salt Lake City, UT

A-Fab Engineering, Inc.
Carl E. Kingston, registered agent
3212 South State Street
Salt Lake City, UT

Advanced Copy
Jeanne Lancaster, registered agent
4850 South Redwood Road
Taylorsville, UT 84123

Professional Services
P.O. Box 65809
Salt Lake City, UT 84165

CTC Trucking
2005 East Ridge Road
P.O. Box 834
Price, UT 84501

1101 bkr m006 continue hearing s305 motion to dismiss