**The below described is SIGNED.**

Dated: 7/30/2014

_____
R. KIMBALL MOSIER
U.S. Bankruptcy Judge

KIM R. WILSON (3512)
SAMUEL ALBA (0031)
P. MATTHEW COX (9879)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145-5000
Telephone: (801) 521-9000
Facsimile: (801) 363-0400
Email: krw@scmlaw.com
Email: sa@scmlaw.com
Email: rav@scmlaw.com
Email: pmc@scmlaw.com



RECEIVED
JUL 30 2014
US BANKRUPTCY COURT
DISTRICT OF UTAH

*Attorneys for: C.O.P. Coal Development Company; Standard Industries, Inc.; World Enterprises; Security Funding, Inc.; P.P.M.C., Inc.; Fidelity Funding, Inc.; M.B.S.C., LLC; Joseph O. Kingston and ABM, Inc*

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>C. W. MINING COMPANY<br><br>Debtor. | ORDER RE: MOTION TO STAY CIVIL CASES PENDING OUTCOME OF CRIMINAL PROCEEDINGS<br><br>Bankruptcy No. 08B-20105<br>(Chapter 7)<br><br>(Also Filed in Adversary Proceeding No. 11-08002 and 10-02822)<br><br>[FILED ELECTRONICALLY] |



The "Ex Parte Motion to Expedite Hearing and to Shorten Notice of Motion to Stay Civil Cases Pending Outcome of Criminal Proceedings" and "Motion to Stay Civil Cases Pending Outcome of Criminal Proceedings" ("Motion to Stay") having come before the Court on July 29, 2014 at 2:00 p.m. before the above entitled Court, the Honorable R. Kimball Mosier, and Gary E. Jubber, Chapter 11 Trustee, being represented by Peter Billings and Bruce Badger and appearances having been made by Kim R. Wilson, Samuel Alba, and P. Matthew Cox for the Movants, and other appearances as made on the records, and the Court being fully advised in the premises, and good cause appearing therefor, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1. The hearing on the Motion to Stay will be conducted on September 2, 2014 at 1:00 p.m.

2. Any objection or other response to the Motion to Stay shall be filed on or before August 12, 2014. Any reply memorandum shall be filed on or before August 22, 2014.

3. Pending the hearing on the Motion to Stay, a stay is granted for all discovery, depositions, document requests, courtroom testimony, of Targeted Entities or Targeted Individuals as defined in the Motion to Stay, including any expert reports.

* * * END OF DOCUMENT * * *

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing ORDER ON MOTION TO STAY CIVIL PROCEEDINGS shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Gary E. Jubber tr gjubber@fabianlaw.com, UT07@ecfcbis.com;mparks@fabianlaw.com;ccarlson@fabianlaw.com
- United States Trustee USTPRegion19.SK.ECF@usdoj.gov
- Brent D. Wride bwride@rqn.com
- Adam S. Affleck asa@pyglaw.com,
- debbie@princeyeates.com;docket@princeyeates.com
- Kevin N. Anderson kanderson@fabianlaw.com, sburdash@fabianlaw.com
- Richard J. Armstrong rarmstrong@kmclaw.com
- Richard J. Armstrong rjarmstrong@woodcrapo.com
- J. Thomas Beckett tbeckett@parsonsbehle.com,
- ecf@parsonsbehle.com;kstankevitz@parsonsbehle.com
- David P. Billings david.billings@akerman.com, aubery.mitchell@akerman.com,tracey.wayne@akerman.com
- Glenn R. Bronson grb@princeyeates.com, kathryn@princeyeates.com
- Mona Lyman Burton mburton@hollandhart.com, ckelly@hollandhart.com;intaketeam@hollandhart.com;slclitdocket@hollandhart.com
- Callie Buys cb@princeyeates.com, docket@princeyeates.com;karens@princeyeates.com;lisa@princeyeates.com
- Andrew B. Clawson andrew@abclawutah.com,
- len@pearsonbutler.com;maryann@pearsonbutler.com;daneise@pearsonbutler.com
- P. Matthew Cox bankruptcypmc@scmlaw.com
- T. Edward Cundick tec@princeyeates.com, heidi@princeyeates.com;docket@princeyeates.com
- Melyssa D. Davidson mdd@pkhlawyers.com, tm@pkhlawyers.com
- William F. Dobbs wdobbs@jacksonkelly.com
- Anna W. Drake annadrake@att.net
- Mark W. Dykes ecf@parsonsbehle.com, mdykes@parsonsbehle.com
- Douglas Farr dfarr@swlaw.com, docketslc@swlaw.com;phaslam@swlaw.com
- Tyler S. Foutz tyler@osnlaw.com, secretary@osnlaw.com
- Laura Fuller lfuller15@hotmail.com
- Daniel C. Green dan@racinelaw.net, dca@racinelaw.net; lve@racinelaw.net,

3

    ltz@racinelaw.net
- Peter W. Guyon pguyon@yahoo.com
- David R. Hague dhague@fabianlaw.com, dromero@fabianlaw.com
- John P. Hickey jhickey@brouse.com
- T. Jake Hinkins jake@andersonhinkins.com
- George B. Hofmann gbh@pkhlawyers.com, dh@pkhlawyers.com;aa@pkhlawyers.com
- Vernon L. Hopkinson vern@crslaw.com
- Craig H. Howe howe@millerguymon.com
- Mary Margaret Hunt hunt.peggy@dorsey.com, long.candy@dorsey.com;stauffeterin@dorsey.com;slc.lit@dorsey.com
- Lon A. Jenkins jenkins.lon@dorsey.com, daniels.heidi@dorsey.com
- Conrad H. Johansen conrad@osnlaw.com, secretary@osnlaw.com
- Penrod W. Keith pkeith@djplaw.com, khughes@djplaw.com
- Danny C. Kelly dckelly@stoel.com, docketclerk@stoel.com,amliddell@stoel.com
- Carl E. Kingston cek@qwestoffice.net, cjo@deklawoffice.com
- David E. Kingston davidekingston@yahoo.com, cjo@deklawoffice.com
- Jennifer R. Korb jrk@princeyeates.com
- Benjamin J. Kotter kotter.benjamin@dorsey.com, bingham.karen@dorsey.com;slc.lit@dorsey.com
- David E. Leta dleta@swlaw.com, wsmart@swlaw.com
- Stephen W. Lewis slewis@utah.gov
- Jacob D. Lyons jlyons@cnmlaw.com, nopenshaw@cnmlaw.com
- Romaine C Marshall rcmarshall@hollandhart.com
- Adelaide Maudsley maudsley@chapman.com, jemery@chapman.com
- Steven J. McCardell smccardell@djplaw.com, khughes@djplaw.com
- Daniel W. McKay dmckay@hmho-law.com, ssmith@hmho-law.com
- Edward C. Meade ecmeade@tva.gov
- Mark S. Middlemas ecfinaildistgroup@lundbergfirm.com, lundbergBK@gmail.com,mark.middlemas@lundbergfirm.com
- Blake D. Miller miller@millerguymon.com, millermobile@gmail.com;miller@ecfinforuptcy.com;miller.blaked@gmail.com
- John T. Morgan tr john.t.morgan@usdoj.gov,
- James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Suzanne Verhaal@usdoj.gov
- Oliver K. Myers myersok@msn.com
- Michael A. Parkes parkeslaw@gmail.com
- Jessica G Peterson jpeterson@djplaw.com, khughes@djplaw.com
- David L. Pinkston bankruptcy_dlp@scmlaw.com
- Daniel D. Price daniel.price2@usdoj.gov, becky.bardago@usdoj.gov
- Knute A. Rife KARife@RifeLegal.com
- Richard E. Riggs reriggs@tva.gov, ogcecffiles@tva.gov
- Michael J. Roeschenthaler mroeschenthaler@mcguirewoods.com,

4

       tcollins@mcguirewoods.com
- Jerome Romero jromero@joneswaldo.com, bparry@joneswaldo.com
- Kenneth A. Rushton tr KRus8416@aol.com, UT01@ecfcbis.com
- Chris L. Schmutz chrisschmutz.pc@gmail.com, hillaryschmutz@yahoo.com
- Stuart H. Schultz sschultz@strongandhanni.com
- Robert H. Scott robert.scott@akerman.com, toni.domres@akerman.com;debby.esler@akerman.com;michelle.milne@akerman.com;aubrey.mitchell@akerman.com;tracey.wayne@akerman.com
- Jeffrey L. Shields jlshields@cnmlaw.com, njpotter@cnmlaw.com
- Jeremy C. Sink jeremy@mbt-law.com
- Quinn A. Sperry Quinn@morrissperry.com
- Erin M. Stone ems@princeyeates.com, heidi@princeyeates.com
- Steven C. Strong scs@pkhlawyers.com, jh@pkhlawyers.com
- Landon 0. Sullivan los@princeyeates.com
- Gerald H. Suniville gsuniville@vancott.com, docketing@vancott.com
- James C. Swindler jcs@princeyeates.com, carolp@princeyeates.com
- United States Trustee USTPRegion19.SK.ECF@usdoj.gov
- Russell S. Walker rwalker@wklawpc.com, ckirk@wklawpc.com
- David R. Williams dwilliams@wklawpc.com, kmacrae@wklawpc.com
- Kim R. Wilson bankruptcy_krw@scmlaw.com
- Joel T. Zenger zenger@millerguymon.com
- Michael N. Zundel mnz@princeyeates.com,
- sara@princeyeates.com;docket@princeyeates.com;dcd@princeyeates.com; kathleen@princeyeates.com;hdp@princeyeates.com;carolp@princeyeates.com; tow@princeyeates.com

      **By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

                  Norwest Corporation
                  136 East South Temple, 12th Floor
                  Salt Lake City Utah 84111.

                  /s/ Kim R. Wilson